RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 7/20/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| AMY KIRKLAND | CIVIL ACTION NO. 10-1392 |
| VERSUS | JUDGE ROBERT G. JAMES |
| BIG LOTS STORES, INC. | MAG. JUDGE JAMES D. KIRK |

## RULING

On August 18, 2011, this Court received Magistrate Judge James D. Kirk's Report and Recommendation [Doc. No. 23] and subsequently received Plaintiff's Objection [Doc. No. 24] and Defendant's Reply [Doc. No. 27].

After reviewing the record, the Court agrees with and adopts Magistrate Judge Kirk's Report and Recommendation with one exception. Magistrate Judge Kirk recommends that the Court dismiss Plaintiff's claim for sexual discrimination **with** prejudice. However, the Louisiana Commission on Human Rights is still investigating her charge of discrimination and no Right to Sue letter has issued [Doc. No. 24, p. 5]. Therefore, Plaintiff's claim for sexual discrimination is premature and will be dismissed **without** prejudice.

MONROE, LOUISIANA, this the 20 day of September, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE