

RECEIVED
USDC WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 9/20/11

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| AMY KIRKLAND | CIVIL ACTION NO. 10-1392 |
| VERSUS | JUDGE ROBERT G. JAMES |
| BIG LOTS STORES, INC. | MAG. JUDGE JAMES D. KIRK |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 23] having been considered, together with the written objections [Doc. No. 24] and reply [Doc. No. 27] filed with this Court, and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation, except to the extent set forth in this Court's Ruling, is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Dismiss [Doc. No. 19], is GRANTED. Plaintiff's claims of retaliation and intentional infliction of emotional distress are hereby DISMISSED WITH PREJUDICE. Plaintiff's claim of sexual discrimination is DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this the **20** day of September, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE